Lisa Hay, OSB #980628
Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
lisa_hay@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| JOHN PHILIP STIRLING,<br><br>    Petitioner,<br><br>v.<br><br>BOP, SHERIDAN FDC,<br>SHERIDAN FDC STAFF,<br><br>    Respondent. | Case No. 3:20-cv-00712-SB<br><br>**MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION** |

Petitioner John Philp Stirling, through counsel, moves the Court for a two-week extension of time to file an amended petition. The amended petition is due today. An extension to June 15, 2020, is requested. Additional time will allow for a more complete review of current facts and proposals for relief.

An attorney for the Respondent has not yet been named on the docket.

Respectfully submitted on June 1, 2020.

                */s/ Lisa Hay*
                Lisa Hay
                Attorney for Petitioner