IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JOHN PHILIP STIRLING**, <br><br> Plaintiff-Petitioner, <br><br> v. <br><br> **JOSIAS SALAZAR, WARDEN, FCI SHERIDAN**, <br><br> Defendant-Respondent. | Case No. 3:20-cv-712-SI <br><br> **ORDER GRANTING PARTIAL INTERIM RELIEF** |

Lisa Hay, Federal Public Defender, FEDERAL PUBLIC DEFENDER'S OFFICE, 101 SW Main Street, Suite 1700, Portland, OR 97240. Of Attorneys for Plaintiff-Petitioner.

Billy J. Williams, United States Attorney, and Jared D. Hager, Assistant United States Attorney, UNITED STATES ATTORNEY'S OFFICE, 1000 SW Third Ave., Suite 600, Portland, OR 97204. Of Attorneys for Defendant-Respondent.

**Michael H. Simon, District Judge.**

By stipulation of the parties, it is hereby ordered that, until further stipulation of the parties or order of the Court, Defendant-Respondent Josias Salazar, in his official capacity as Warden of the Federal Correctional Institution at Sheridan, Oregon ("FCI Sheridan"), (1) shall not transfer Plaintiff-Petitioner John Philip Stirling ("Stirling") from FCI Sheridan before July 28, 2020; and (2) even after July 28, 2020, shall not transfer Stirling from FCI Sheridan

without providing at least seven calendar days' notice to both the Federal Public Defender and the Court.

**IT IS SO ORDERED**.

DATED this 8th day of July, 2020.

>  */s/ Michael H. Simon*
> Michael H. Simon
> United States District Judge