**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
**JARED D. HAGER, WSB #38961**
Assistant United States Attorney
U.S. Attorney's Office for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: 503.727.1120
Email: jared.hager@usdoj.gov
    Attorneys for the Government

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **JOHN P. STIRLING**, | Case No. 3:20-cv-00712-SB |
| Petitioner, | |
| v. | RESPONDENT'S SUPPLEMENTAL STATUS REPORT |
| **DEWAYNE HENDRIX**, Warden, FCI Sheridan, | |
| Respondent. | |

Respondent DeWayne Hendrix, through counsel Jared Hager, respectfully submits this supplemental status report for the benefit of the Court and the public.

1. With respect to coronavirus infections, the situation at FCI Sheridan has stabilized following an increase in December. *See* ECF 55, Respondent's Supp. Status Report, at 1-2. The December spike in new positive cases has leveled off, and active case numbers are decreasing. The Government remains vigilant in testing, tracing, quarantining, and isolating inmates, as necessary, in order to minimize the spread of COVID-19.

**Page 1     Respondent's Supplemental Status Report**

2. As of February 12, 2021, there are 3 active cases among inmates with 66 inmates having recovered after previously testing positive. For reference, on December 28, 2020, there were 41 active cases among inmates, on January 4, 2021, there were 35, on January 15, there were 14, and on January 27, there were 10. *See id.*; ECF 56, Respondent's Supp. Status Report, at 2; ECF 58, Respondent's Supp. Status Report, at 2; ECF 59, Respondent's Supp. Status Report, at 2.

3. Active inmate cases are held in medical isolation in a makeshift unit at the FCI that was created for the specific purpose of managing the coronavirus pandemic. Active cases are not housed within the FDC, the Camp, or the general population at the FCI. Inmates are restricted from moving in between facilities.

4. Among FCI Sheridan staff, there are 0 active cases, and 24 who have recovered after previously testing positive. All new active cases will be required to quarantine at home and will not be allowed back at work until they are medically cleared, consistent with CDC guidelines, as spelled out in prior declarations. *See, e.g.*, ECF 39, Declaration of Lt. Col. Amanda Huston.

5. To date, COVID-19 has not caused any inmate at FCI Sheridan to require placement on a ventilator. To date, no inmate at FCI Sheridan has died from coronavirus.

6. Testing of inmates and staff is ongoing. Selective and random testing is occurring at all three facilities (Camp, FDC, and the FCI). As of December 18, FCI Sheridan inmates had been tested for COVID-19 thousands of times since the beginning of the pandemic. *See* ECF 54, Joint Status Report, at 3 (reporting that 6,573 combined outside PCR tests and Abbott Rapid ID tests had been processed for FCI Sheridan inmates). On February 12, 2021, test results were pending for 47 inmates.

7. FCI Sheridan's population has steadily declined since the onset of the pandemic, and now totals 1,395 inmates spread across three housing units—the Camp houses 294 inmates; the

FDC houses 224 inmates; and the FCI houses 877 inmates. For reference, on April 14, 2020, FCI Sheridan housed 1,787 inmates. ECF 16, Am. Petition, at 9. On August 17, 2020, the Government's opposition to habeas relief indicated that FCI Sheridan then housed 1,534 inmates, a nearly 15% reduction over four months. ECF 35, at 15. Today's population count of 1,395 inmates represents a 9% reduction over six months.

8. FCI Sheridan remains in modified operations in response to the pandemic, as spelled out in prior sworn declarations and exhibits. *See, e.g.*, ECF 38, Declaration of James Keller; ECF 38-2, BOP's Coronavirus (COVID-19) Phase Nine Action Plan. The measures aim to ensure physical distancing, mask wearing, and sanitation to reduce the incidence and spread of COVID-19. While strict, FCI Sheridan credits its modified operations for the relative success it has had in avoiding the most impactful potential harms posed by the coronavirus pandemic. To date, FCI Sheridan has had far fewer inmate hospitalizations and deaths (zero in fact) than other federal prisons and Oregon state prisons. *See, e.g.*, Oregon Dep't of Corrections, COVID-19 Tracking, *available at* https://www.oregon.gov/doc/covid19/Pages/covid19-tracking.aspx (last accessed Feb. 12, 2021).

9. In January, FCI Sheridan received its first allotment of the Moderna vaccine. In January, 154 staff and 147 inmates received a first dose of the vaccine. This week, FCI Sheridan received its second allotment of the vaccine. As of February 11, 2021, 142 staff and 140 inmates had received their second dose, consistent with the manufacturer's guidance. *See* CDC, Different Vaccines, *available at* https://www.cdc.gov/coronavirus/2019-ncov/vaccines/different-vaccines/Moderna.html (last accessed Jan. 27, 2021). FCI Sheridan expects to administer the remaining doses of the second allotment today. FCI Sheridan is prioritizing its distribution of vaccine consistent with national guidance. *See* BOP, COVID-19 Vaccine Guidance, Version

7, Jan. 4, 2021, *available at* https://www.bop.gov/resources/pdfs/2021_covid19_vaccine.pdf (last accessed Feb. 12, 2021).

10. The Government will continue to regularly update the Court and Ms. Hay of new positive test results and progress on vaccinating FCI Sheridan inmates and staff.

DATED this 12th day of February 2021.

BILLY J. WILLIAMS
United States Attorney
District of Oregon

*/s/ Jared D. Hager*
JARED D. HAGER
Assistant United States Attorney
Attorneys for the Government