Lisa Hay, OSB #980628
Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon  97204
Tel:    (503) 326-2123
Fax:    (503) 326-5524
lisa_hay@fd.org

Attorney for Petitioners

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN PHILIP STIRLING,<br><br>                               Petitioner,<br><br>      v.<br><br>DEWAYNE HENDRIX, Warden,<br> FCI Sheridan,<br><br>                             Respondent. | Case No. 3:20-cv-00712-SB<br><br>**PETITIONERS' STATUS REPORT OF JUNE 2022** |

This status report is submitted to update the Court, in advance of the briefing scheduled for July 29, 2022, on the evolving and urgent conditions at Sheridan FCI.

Another person in custody died at Sheridan this week, on June 28, 2022. Dylan Jardin was a 25 year-old man from Montana with no known health conditions.  Mr. Jardin is the seventh person to die at Sheridan since the start of the pandemic  in March of 2020.  The cause of death is unknown. His father reports that Mr. Dylan complained of the lockdown conditions, the poor food, and the overall lack of care for people incarcerated.

People incarcerated at the Federal Detention Center in the J2 Unit started a hunger strike last week to protest the conditions under which they are being held. The government confirmed that at one point, approximately 80 individuals were participating in the strike. It is unknown if any are still refusing food. People in custody reported that Sheridan turned the water off at the FDC in order to end the hunger strike. According to Attachment 1, a memorandum of June 24, 2022, Sheridan denied access to showers for the unit engaged in the hunger strike, citing "disruptive behavior" in the unit. The memo indicates that the enhanced security procedures would continue through the weekend. Temperatures in Sheridan, Oregon, reached 90 degrees last week.

Attachment 2 is a letter of June 14, 2022, from the Federal Public Defender to counsel for the Warden, conveying urgent medical concerns reported by people incarcerated at Sheridan. The concerns are indicative of the types of complaints received daily from people in custody. Counsel for the Warden forwards these medical concerns to the BOP. Because not all persons conveying concerns are represented by the FPD, the FPD is not informed if the concerns have been addressed.

Attachment 3 is the Sixth Declaration of FPD Investigator Courtney Withycombe, providing accounts of conditions at Sheridan as received from people in custody. The declaration documents the on-going distress and harm caused both by the pandemic and by the policies implemented by Sheridan in response to the pandemic. During the time period covered by the declaration, petitioners continued to be confined for lengthy periods in small cells; access to family and support systems was curtailed; urgent medical needs were unaddressed; and the food provided was often of poor nutritional quality.

Respectfully submitted on June 30, 2022.

*/s/ Lisa Hay*
Lisa Hay
Attorney for Petitioners