

**U.S. Department of Justice**

Federal Bureau of Prisons

FCI Sheridan

June 24, 2022

**MEMORANDUM FOR ALL J2 INMATES**

FROM:          DeWayne Hendrix, Warden

SUBJECT:       J2 Update

The purpose of this memorandum is to inform each of you that showers are postponed due to continued threats of assault to staff.

Enhanced security procedures due to ongoing disruptive behavior will continue through the weekend and will be reevaluated on Monday.

All issues brought to our attention are being reviewed.